# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

USA        §

§

vs.        §      NO:  WA:25-CR-00071(1)-CRW

§

(1) Miguel Herrera-Rodriguez      §

## ORDER ACCEPTING GUILTY PLEA

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 30, 2026, wherein the defendant (1) Miguel Herrera-Rodriguez waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Miguel Herrera-Rodriguez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Miguel Herrera-Rodriguez's plea of guilty to Count One (1) is accepted.

Signed this 14th day of July, 2026.

_____

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE